IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JAMES F. THOMAS, II<br><br>    Debtor | Case No:   23-21947-JAD<br>                 (Chapter 13)<br><br>Doc No. |

## **INCOME COVER SHEET**

    Kindly find attached proof of income for the above-captioned debtor.

                                   /s/ Jana S. Pail
                                   Jana S. Pail
                                   Counsel
                                   Whiteford, Taylor & Preston L.L.P.
                                   11 Stanwix Street, Suite 1400
                                   Pittsburgh, PA 15222
                                   412-400-3833
                                   JPail@Whitefordlaw.com
                                   PA ID No. 88910

                                   Attorney for Debtor,
                                   JAMES F. THOMAS, II

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**Thomas, James**
**Proc. Level** 0227 **Dept. Code** 10227

| | | | |
|---|---|---|---|
| **PERIOD BEGIN DATE** | 12/24/2022 | **ADVICE NUMBER** | 02037771 |
| **PERIOD END DATE** | 01/06/2023 | **EMPLOYEE NUMBER** | 000684726 |
| **EMPLOYEE SSN** | ###-##-5888 | **BASE OF PAY** | 19.3700/HR |

**Fed Status** S **Exemptions** 00 **State Status** S **Exemptions** 00

| WAGES | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| Reg Trng | 54.74 | 16.4700 | 901.57 | 901.57 |
| **TOTALS** | | | **901.57** | **901.57** |
| **TAXABLE GROSS** | | | **901.57** | **901.57** |

| DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|
| PA EE UI | 0.54 | 0.54 |
| Donora | 4.51 | 4.51 |
| Californ | 4.51 | 4.51 |
| LocalSrv | 2.00 | 2.00 |
| PA WH | 27.68 | 27.68 |
| Fed WH | 42.61 | 42.61 |
| Medicare | 13.07 | 13.07 |
| OASDI-EE | 55.90 | 55.90 |
| **DEDUC. TOTALS** | **150.82** | **150.82** |
| **NET PAY** | **750.75** | **750.75** |

| DIRECT DEPOSIT ACCOUNT | ACCOUNT NUMBER | AMOUNT |
|---|---|---|
| -Chec | xxxxxx0725 | $750.75 |

| HOURS TYPE | BALANCE |
|---|---|
| PTO Available | 0.00 |
| AVAIL VAC | 0.00 |

To report incorrect hours please contact your Division General Manager
To report an incorrect paycheck, please call 1-844-498-7555

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**WELLS FARGO BANK, N.A.**
420 Montgomery Street
San Francisco, CA 94104
11-24/758/1210(8)

Advice No. 02037771
Date 1/13/2023

PAY *VOID VOID VOID VOID VOID VOID VOID VOID VOID*

Advice Amount
$ *******750.75
**Void After 60 Days**

Proc. Level: 0227 Dept. Code: 10227

TO THE ORDER OF
**James Thomas**
**1048 Scenic Dr**
**Coal Center, PA 15423**

DIRECT DEPOSIT ADVICE

**NON-NEGOTIABLE**

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**Thomas, James**
**Proc. Level** 0227 **Dept. Code** 10227

**Fed Status** S **Exemptions** 00 **State Status** S **Exemptions** 00

| PERIOD BEGIN DATE | 01/07/2023 | ADVICE NUMBER | 02045409 |
|---|---|---|---|
| PERIOD END DATE | 01/20/2023 | EMPLOYEE NUMBER | 000684726 |
| EMPLOYEE SSN | ###-##-5888 | BASE OF PAY | 19.3700/HR |

| WAGES | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| Reg Trng | 68.32 | 16.4700 | 1125.24 | 2026.81 |
| **TOTALS** | | | **1125.24** | **2026.81** |
| **TAXABLE GROSS** | | | **1125.24** | **2026.81** |

| DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|
| PA EE UI | 0.68 | 1.22 |
| Donora | 5.63 | 10.14 |
| Californ | 5.63 | 10.14 |
| LocalSrv | 2.00 | 4.00 |
| PA WH | 34.54 | 62.22 |
| Fed WH | 69.45 | 112.06 |
| Medicare | 16.32 | 29.39 |
| OASDI-EE | 69.76 | 125.66 |
| **DEDUC. TOTALS** | **204.01** | **354.83** |
| **NET PAY** | **921.23** | **1671.98** |

| DIRECT DEPOSIT ACCOUNT | ACCOUNT NUMBER | AMOUNT |
|---|---|---|
| -Chec | xxxxxx0725 | $921.23 |

| HOURS TYPE | BALANCE |
|---|---|
| PTO Available | 0.00 |
| AVAIL VAC | 0.00 |

**To report incorrect hours please contact your Division General Manager**
**To report an incorrect paycheck, please call 1-844-498-7555**

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**WELLS FARGO BANK, N.A.**
420 Montgomery Street
San Francisco, CA 94104
11-24/758/1210(8)

Advice No. 02045409

Date 1/27/2023

PAY *VOID VOID VOID VOID VOID VOID VOID VOID VOID*

Advice Amount
$ *******921.23
**Void After 60 Days**

Proc. Level: 0227 Dept. Code: 10227

TO THE ORDER OF
**James Thomas**
**1048 Scenic Dr**
**Coal Center, PA 15423**

DIRECT DEPOSIT ADVICE

**NON-NEGOTIABLE**

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX  75204
(972) 391-4600

**Thomas, James**
**Proc. Level** 0227  **Dept. Code** 10227

| | | | | |
|---|---|---|---|---|
| **PERIOD BEGIN DATE** | 01/21/2023 | | **ADVICE NUMBER** | 02052109 |
| **PERIOD END DATE** | 02/03/2023 | | **EMPLOYEE NUMBER** | 000684726 |
| **EMPLOYEE SSN** | ###-##-5888 | | **BASE OF PAY** | 19.3700/HR |

**Fed Status** S  **Exemptions** 00  **State Status** S  **Exemptions** 00

| WAGES | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| COVID-19 | 59.87 | 22.3700 | 1339.31 | 1339.31 |
| Reg Trng | | | | 2026.81 |
| **TOTALS** | | | **1339.31** | **3366.12** |
| **TAXABLE GROSS** | | | **1339.31** | **3366.12** |

| DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|
| PA EE UI | 0.80 | 2.02 |
| Donora | 6.70 | 16.84 |
| Californ | 6.70 | 16.84 |
| LocalSrv | 2.00 | 6.00 |
| PA WH | 41.12 | 103.34 |
| Fed WH | 95.14 | 207.20 |
| Medicare | 19.42 | 48.81 |
| OASDI-EE | 83.04 | 208.70 |
| **DEDUC. TOTALS** | **254.92** | **609.75** |
| **NET PAY** | **1084.39** | **2756.37** |

| DIRECT DEPOSIT ACCOUNT | ACCOUNT NUMBER | AMOUNT |
|---|---|---|
| -Chec | xxxxxx0725 | $1,084.39 |

| HOURS TYPE | BALANCE |
|---|---|
| PTO Available | 0.00 |
| AVAIL VAC | 0.00 |

**To report incorrect hours please contact your Division General Manager**
**To report an incorrect paycheck, please call 1-844-498-7555**

---

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX  75204
(972) 391-4600

**WELLS FARGO BANK, N.A.**
420 Montgomery Street
San Francisco, CA 94104
11-24/758/1210(8)

Advice No.  02052109

Date  2/10/2023

PAY  *VOID VOID VOID VOID VOID VOID VOID VOID VOID*

Advice Amount
$ *****1,084.39
**Void After 60 Days**

Proc. Level: 0227    Dept. Code: 10227

TO THE ORDER OF

**James Thomas**
**1048 Scenic Dr**
**Coal Center, PA  15423**

DIRECT DEPOSIT ADVICE

**NON-NEGOTIABLE**

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**Thomas, James**
**Proc. Level** 0227 **Dept. Code** 10227

| | | | | |
|---|---|---|---|---|
| | | **PERIOD BEGIN DATE** | 02/04/2023 | **ADVICE NUMBER** 02059335 |
| | | **PERIOD END DATE** | 02/17/2023 | **EMPLOYEE NUMBER** 000684726 |
| | | **EMPLOYEE SSN** | ###-##-5888 | **BASE OF PAY** 19.3700/HR |

**Fed Status** S **Exemptions** 00 **State Status** S **Exemptions** 00

| WAGES | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| COVID-19 | 80.00 | 22.3700 | 1789.60 | 3128.91 |
| Overtime | 10.86 | 33.5550 | 364.41 | 364.41 |
| Reg Trng | | | | 2026.81 |
| **TOTALS** | | | **2154.01** | **5520.13** |
| **TAXABLE GROSS** | | | **2154.01** | **5520.13** |

| DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|
| PA EE UI | 1.29 | 3.31 |
| Donora | 10.77 | 27.61 |
| Californ | 10.77 | 27.61 |
| LocalSrv | 2.00 | 8.00 |
| PA WH | 66.13 | 169.47 |
| Fed WH | 204.17 | 411.37 |
| Medicare | 31.23 | 80.04 |
| OASDI-EE | 133.55 | 342.25 |
| UD | 30.00 | 30.00 |
| **DEDUC. TOTALS** | **489.91** | **1099.66** |
| **NET PAY** | **1664.10** | **4420.47** |

| DIRECT DEPOSIT ACCOUNT | ACCOUNT NUMBER | AMOUNT |
|---|---|---|
| -Chec | xxxxxx0725 | $1,664.10 |

| HOURS TYPE | BALANCE |
|---|---|
| PTO Available | 0.00 |
| AVAIL VAC | 0.00 |

To report incorrect hours please contact your Division General Manager
To report an incorrect paycheck, please call 1-844-498-7555

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**WELLS FARGO BANK, N.A.**
420 Montgomery Street
San Francisco, CA 94104
11-24/758/1210(8)

Advice No. 02059335
Date 2/24/2023

PAY *VOID VOID VOID VOID VOID VOID VOID VOID*

Advice Amount
$ *****1,664.10
Void After 60 Days

Proc. Level: 0227 Dept. Code: 10227

TO THE ORDER OF
**James Thomas**
**1048 Scenic Dr**
**Coal Center, PA 15423**

DIRECT DEPOSIT ADVICE

**NON-NEGOTIABLE**

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**Thomas, James**
**Proc. Level** 0227  **Dept. Code** 10227

| | | | | | PERIOD BEGIN DATE | 02/18/2023 | ADVICE NUMBER | 02066413 |
| | | | | | PERIOD END DATE | 03/03/2023 | EMPLOYEE NUMBER | 000684726 |
| | | | | | EMPLOYEE SSN | ###-##-5888 | BASE OF PAY | 19.3700/HR |

**Fed Status** S  **Exemptions** 00   **State Status** S  **Exemptions** 00

| WAGES | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| COVID-19 | 80.00 | 22.3700 | 1789.61 | 4918.52 | PA EE UI | 1.33 | 4.64 |
| Overtime | 12.78 | 33.5550 | 428.82 | 793.23 | Donora | 11.09 | 38.70 |
| Reg Trng | | | | 2026.81 | Californ | 11.09 | 38.70 |
| | | | | | LocalSrv | 2.00 | 10.00 |
| | | | | | PA WH | 68.11 | 237.58 |
| | | | | | Fed WH | 218.34 | 629.71 |
| | | | | | Medicare | 32.17 | 112.21 |
| | | | | | OASDI-EE | 137.54 | 479.79 |
| | | | | | UD | 49.45 | 79.45 |
| **TOTALS** | | | **2218.43** | **7738.56** | | | |
| **TAXABLE GROSS** | | | **2218.43** | **7738.56** | | | |

| DIRECT DEPOSIT ACCOUNT | ACCOUNT NUMBER | AMOUNT |
|---|---|---|
| -Chec | xxxxxx0725 | $1,687.31 |

| HOURS TYPE | BALANCE |
|---|---|
| PTO Available | 0.00 |
| AVAIL VAC | 0.00 |

| | DEDUC. TOTALS | 531.12 | 1630.78 |
| | NET PAY | 1687.31 | 6107.78 |

To report incorrect hours please contact your Division General Manager
To report an incorrect paycheck, please call 1-844-498-7555

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**WELLS FARGO BANK, N.A.**
420 Montgomery Street
San Francisco, CA 94104
11-24/758/1210(8)

Advice No. 02066413

Date 3/10/2023

PAY  *VOID VOID VOID VOID VOID VOID VOID VOID VOID*

Advice Amount
$ *****1,687.31
Void After 60 Days

Proc. Level: 0227  Dept. Code: 10227

TO THE ORDER OF
**James Thomas**
**1048 Scenic Dr**
**Coal Center, PA 15423**

DIRECT DEPOSIT ADVICE

**NON-NEGOTIABLE**

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**Thomas, James**
**Proc. Level** 0227  **Dept. Code** 10227

**Fed Status** S  **Exemptions** 00  **State Status** S  **Exemptions** 00

| PERIOD BEGIN DATE | 03/04/2023 | ADVICE NUMBER | 02073730 |
|---|---|---|---|
| PERIOD END DATE | 03/17/2023 | EMPLOYEE NUMBER | 000684726 |
| EMPLOYEE SSN | ###-##-5888 | BASE OF PAY | 19.3700/HR |

| WAGES | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| COVID-19 | 77.22 | 22.3700 | 1727.42 | 6645.94 |
| Overtime | 4.23 | 33.5550 | 141.94 | 935.17 |
| Reg Mtg | 1.00 | 19.3700 | 19.37 | 19.37 |
| Reg Trng | 0.50 | 19.3700 | 9.69 | 2036.50 |
| **TOTALS** | | | **1898.42** | **9636.98** |
| **TAXABLE GROSS** | | | **1898.42** | **9636.98** |

| DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|
| PA EE UI | 1.14 | 5.78 |
| Donora | 9.49 | 48.19 |
| Californ | 9.49 | 48.19 |
| LocalSrv | 2.00 | 12.00 |
| PA WH | 58.28 | 295.86 |
| Fed WH | 162.23 | 791.94 |
| Medicare | 27.53 | 139.74 |
| OASDI-EE | 117.70 | 597.49 |
| UD | 30.00 | 109.45 |
| **DEDUC. TOTALS** | **417.86** | **2048.64** |
| **NET PAY** | **1480.56** | **7588.34** |

| DIRECT DEPOSIT ACCOUNT | ACCOUNT NUMBER | AMOUNT |
|---|---|---|
| -Chec | xxxxxx0725 | $1,480.56 |

| HOURS TYPE | BALANCE |
|---|---|
| PTO Available | 0.00 |
| AVAIL VAC | 0.00 |

To report incorrect hours please contact your Division General Manager
To report an incorrect paycheck, please call 1-844-498-7555

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**WELLS FARGO BANK, N.A.**
420 Montgomery Street
San Francisco, CA 94104
11-24/758/1210(8)

Advice No. 02073730
Date 3/24/2023

PAY  *VOID VOID VOID VOID VOID VOID VOID VOID VOID*

Advice Amount
$ *****1,480.56
**Void After 60 Days**

Proc. Level: 0227  Dept. Code: 10227

TO THE ORDER OF
**James Thomas**
**1048 Scenic Dr**
**Coal Center, PA  15423**

DIRECT DEPOSIT ADVICE

**NON-NEGOTIABLE**

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**Thomas, James**
**Proc. Level** 0227 **Dept. Code** 10227

| | | | | | | **PERIOD BEGIN DATE** | 03/18/2023 | **ADVICE NUMBER** | 02080560 |
| | | | | | | **PERIOD END DATE** | 03/31/2023 | **EMPLOYEE NUMBER** | 000684726 |
| | | | | | | **EMPLOYEE SSN** | ###-##-5888 | **BASE OF PAY** | 19.3700/HR |

**Fed Status** S **Exemptions** 00 **State Status** S **Exemptions** 00

| WAGES | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| COVID-19 | 78.24 | 22.3700 | 1750.23 | 8396.17 | PA EE UI | 1.29 | 7.07 |
| Overtime | 11.72 | 33.5550 | 393.26 | 1328.43 | Donora | 10.72 | 58.91 |
| Reg Trng | | | | 2036.50 | Californ | 10.72 | 58.91 |
| Reg Mtg | | | | 19.37 | LocalSrv | 2.00 | 14.00 |
| | | | | | PA WH | 65.81 | 361.67 |
| | | | | | Fed WH | 201.86 | 993.80 |
| | | | | | Medicare | 31.08 | 170.82 |
| | | | | | OASDI-EE | 132.90 | 730.39 |
| | | | | | UD | 49.45 | 158.90 |
| **TOTALS** | | | **2143.49** | **11780.47** | | | |
| **TAXABLE GROSS** | | | **2143.49** | **11780.47** | | | |

| DIRECT DEPOSIT ACCOUNT | ACCOUNT NUMBER | AMOUNT |
|---|---|---|
| -Chec | xxxxxx0725 | $1,637.66 |

| HOURS TYPE | BALANCE |
|---|---|
| PTO Available | 16.00 |
| AVAIL VAC | 0.00 |

**DEDUC. TOTALS** 505.83 2554.47
**NET PAY** 1637.66 9226.00

To report incorrect hours please contact your Division General Manager
To report an incorrect paycheck, please call 1-844-498-7555

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**WELLS FARGO BANK, N.A.**
420 Montgomery Street
San Francisco, CA 94104
11-24/758/1210(8)

Advice No. 02080560
Date 4/7/2023

PAY *VOID VOID VOID VOID VOID VOID VOID VOID VOID*

Advice Amount
$ *****1,637.66
**Void After 60 Days**

Proc. Level: 0227 Dept. Code: 10227

TO THE ORDER OF
**James Thomas**
**1048 Scenic Dr**
**Coal Center, PA 15423**

DIRECT DEPOSIT ADVICE

**NON-NEGOTIABLE**

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**Thomas, James**
**Proc. Level** 0227 **Dept. Code** 10227

| | | | | | PERIOD BEGIN DATE | 04/01/2023 | ADVICE NUMBER | 02087940 |
| | | | | | PERIOD END DATE | 04/14/2023 | EMPLOYEE NUMBER | 000684726 |
| | | | | | EMPLOYEE SSN | ###-##-5888 | BASE OF PAY | 19.3700/HR |

**Fed Status** S **Exemptions** 00 **State Status** S **Exemptions** 00

| WAGES | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| COVID-19 | 78.33 | 22.3700 | 1752.25 | 10148.42 | PA EE UI | 1.26 | 8.33 |
| Overtime | 6.04 | 33.5550 | 202.67 | 1531.10 | Donora | 10.55 | 69.46 |
| Holiday | 8.00 | 19.3700 | 154.96 | 154.96 | Californ | 10.55 | 69.46 |
| Reg Trng | | | | 2036.50 | LocalSrv | 2.00 | 16.00 |
| Reg Mtg | | | | 19.37 | PA WH | 64.77 | 426.44 |
| | | | | | Fed WH | 194.46 | 1188.26 |
| | | | | | Medicare | 30.59 | 201.41 |
| | | | | | OASDI-EE | 130.81 | 861.20 |
| | | | | | UD | | 158.90 |
| **TOTALS** | | | **2109.88** | **13890.35** | | | |
| **TAXABLE GROSS** | | | **2109.88** | **13890.35** | | | |

| DIRECT DEPOSIT ACCOUNT | ACCOUNT NUMBER | AMOUNT |
|---|---|---|
| -Chec | xxxxxx0725 | $1,664.89 |

| HOURS TYPE | BALANCE |
|---|---|
| PTO Available | 16.00 |
| AVAIL VAC | 0.00 |

| | DEDUC. TOTALS | 444.99 | 2999.46 |
| | NET PAY | 1664.89 | 10890.89 |

To report incorrect hours please contact your Division General Manager
To report an incorrect paycheck, please call 1-844-498-7555

---

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**WELLS FARGO BANK, N.A.**
420 Montgomery Street
San Francisco, CA 94104
11-24/758/1210(8)

Advice No. 02087940

Date 4/21/2023

PAY *VOID VOID VOID VOID VOID VOID VOID VOID VOID*

Advice Amount
$ *****1,664.89
Void After 60 Days

Proc. Level: 0227   Dept. Code: 10227

TO THE ORDER OF
**James Thomas**
**1048 Scenic Dr**
**Coal Center, PA 15423**

DIRECT DEPOSIT ADVICE

**NON-NEGOTIABLE**

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**Thomas, James**
**Proc. Level** 0227  **Dept. Code** 10227
**Fed Status** S  **Exemptions** 00  **State Status** S  **Exemptions** 00

| | **PERIOD BEGIN DATE** | 05/27/2023 | **ADVICE NUMBER** | 02116277 |
|---|---|---|---|---|
| | **PERIOD END DATE** | 06/09/2023 | **EMPLOYEE NUMBER** | 000684726 |
| | **EMPLOYEE SSN** | ###-##-5888 | **BASE OF PAY** | 19.3700/HR |

| WAGES | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| COVID-19 | | | | |
| Holiday | 70.04 | 22.3700 | 1566.80 | 16860.34 |
| Reg Trng | 8.00 | 19.3700 | 154.96 | 309.92 |
| Overtime | | | | 2036.50 |
| PTO | | | | 1531.10 |
| Reg Mtg | | | | 154.96 |
| | | | | 19.37 |
| **TOTALS** | | | **1721.76** | **20912.19** |
| **TAXABLE GROSS** | | | **1721.76** | **20912.19** |

| DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|
| PA EE UI | 1.04 | 12.55 |
| Donora | 8.61 | 104.57 |
| Californ | 8.61 | 104.57 |
| LocalSrv | 2.00 | 24.00 |
| PA WH | 52.86 | 642.01 |
| Fed WH | 141.03 | 1768.57 |
| Medicare | 24.97 | 303.23 |
| OASDI-EE | 106.75 | 1296.56 |
| UD | | 257.80 |
| **DEDUC. TOTALS** | **345.87** | **4513.86** |
| **NET PAY** | **1375.89** | **16398.33** |

| DIRECT DEPOSIT ACCOUNT | ACCOUNT NUMBER | AMOUNT |
|---|---|---|
| -Chec | xxxxxx0725 | $1,375.89 |

| HOURS TYPE | BALANCE |
|---|---|
| PTO Available | 8.00 |
| AVAIL VAC | 0.00 |

To report incorrect hours please contact your Division General Manager
To report an incorrect paycheck, please call 1-844-498-7555

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**WELLS FARGO BANK, N.A.**
420 Montgomery Street
San Francisco, CA 94104
11-24/758/1210(8)

Advice No.  02116277

Date  6/16/2023

PAY  *VOID VOID VOID VOID VOID VOID VOID VOID VOID*

Advice Amount
$ *****1,375.89
**Void After 60 Days**

Proc. Level: 0227   Dept. Code: 10227

TO THE ORDER OF
**James Thomas**
**1048 Scenic Dr**
**Coal Center, PA  15423**

DIRECT DEPOSIT ADVICE

**NON-NEGOTIABLE**

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**Thomas, James**
**Proc. Level** 0227  **Dept. Code** 10227

| | | |
|---|---|---|
| **PERIOD BEGIN DATE** | 04/29/2023 | **ADVICE NUMBER** 02101702 |
| **PERIOD END DATE** | 05/12/2023 | **EMPLOYEE NUMBER** 000684726 |
| **EMPLOYEE SSN** | ###-##-5888 | **BASE OF PAY** 19.3700/HR |

**Fed Status** S  **Exemptions** 00  **State Status** S  **Exemptions** 00

| WAGES | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| COVID-19 | 76.02 | 22.3700 | 1700.58 | 13571.28 |
| Reg Trng | | | | 2036.50 |
| Overtime | | | | 1531.10 |
| Holiday | | | | 154.96 |
| Reg Mtg | | | | 19.37 |
| **TOTALS** | | | 1700.58 | 17313.21 |
| **TAXABLE GROSS** | | | 1700.58 | 17313.21 |

| DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|
| PA EE UI | 1.02 | 10.39 |
| Donora | 8.50 | 86.57 |
| Californ | 8.50 | 86.57 |
| LocalSrv | 2.00 | 20.00 |
| PA WH | 52.21 | 531.52 |
| Fed WH | 138.49 | 1467.85 |
| Medicare | 24.66 | 251.04 |
| OASDI-EE | 105.44 | 1073.42 |
| UD | | 208.35 |
| **DEDUC. TOTALS** | 340.82 | 3735.71 |
| **NET PAY** | 1359.76 | 13577.50 |

| DIRECT DEPOSIT ACCOUNT | ACCOUNT NUMBER | AMOUNT |
|---|---|---|
| -Chec | xxxxxx0725 | $1,359.76 |

| HOURS TYPE | BALANCE |
|---|---|
| PTO Available | 16.00 |
| AVAIL VAC | 0.00 |

To report incorrect hours please contact your Division General Manager
To report an incorrect paycheck, please call 1-844-498-7555

---

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**WELLS FARGO BANK, N.A.**
420 Montgomery Street
San Francisco, CA 94104
11-24/758/1210(8)

Advice No. 02101702
Date 5/19/2023

PAY *VOID VOID VOID VOID VOID VOID VOID VOID*

Advice Amount
$ *****1,359.76
**Void After 60 Days**

Proc. Level: 0227  Dept. Code: 10227

TO THE ORDER OF
**James Thomas**
**1048 Scenic Dr**
**Coal Center, PA 15423**

DIRECT DEPOSIT ADVICE

**NON-NEGOTIABLE**

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**Thomas, James**
**Proc. Level** 0227  **Dept. Code** 10227

**PERIOD BEGIN DATE** 05/13/2023
**PERIOD END DATE** 05/26/2023
**EMPLOYEE SSN** ###-##-5888
**ADVICE NUMBER** 02109302
**EMPLOYEE NUMBER** 000684726
**BASE OF PAY** 19.3700/HR

**Fed Status** S  **Exemptions** 00  **State Status** S  **Exemptions** 00

| WAGES | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| COVID-19 | 76.99 | 22.3700 | 1722.26 | 15293.54 |
| PTO | 8.00 | 19.3700 | 154.96 | 154.96 |
| Reg Trng | | | | 2036.50 |
| Overtime | | | | 1531.10 |
| Holiday | | | | 154.96 |
| Reg Mtg | | | | 19.37 |
| **TOTALS** | | | **1877.22** | **19190.43** |
| **TAXABLE GROSS** | | | **1877.22** | **19190.43** |

| DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|
| PA EE UI | 1.12 | 11.51 |
| Donora | 9.39 | 95.96 |
| Californ | 9.39 | 95.96 |
| LocalSrv | 2.00 | 22.00 |
| PA WH | 57.63 | 589.15 |
| Fed WH | 159.69 | 1627.54 |
| Medicare | 27.22 | 278.26 |
| OASDI-EE | 116.39 | 1189.81 |
| UD | 49.45 | 257.80 |
| **DEDUC. TOTALS** | **432.28** | **4167.99** |
| **NET PAY** | **1444.94** | **15022.44** |

| DIRECT DEPOSIT ACCOUNT | ACCOUNT NUMBER | AMOUNT |
|---|---|---|
| -Chec | xxxxxx0725 | $1,444.94 |

| HOURS TYPE | BALANCE |
|---|---|
| PTO Available | 8.00 |
| AVAIL VAC | 0.00 |

To report incorrect hours please contact your Division General Manager
To report an incorrect paycheck, please call 1-844-498-7555

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**WELLS FARGO BANK, N.A.**
420 Montgomery Street
San Francisco, CA 94104
11-24/758/1210(8)

Advice No. 02109302
Date 6/2/2023

PAY  *VOID VOID VOID VOID VOID VOID VOID VOID*

Advice Amount
$ *****1,444.94
**Void After 60 Days**

Proc. Level: 0227  Dept. Code: 10227

TO THE ORDER OF
**James Thomas**
**1048 Scenic Dr**
**Coal Center, PA 15423**

DIRECT DEPOSIT ADVICE

**NON-NEGOTIABLE**

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**Thomas, James**
**Proc. Level** 0227 **Dept. Code** 10227

| | | | | |
|---|---|---|---|---|
| **PERIOD BEGIN DATE** | 05/27/2023 | | **ADVICE NUMBER** | 02116277 |
| **PERIOD END DATE** | 06/09/2023 | | **EMPLOYEE NUMBER** | 000684726 |
| **EMPLOYEE SSN** | ###-##-5888 | | **BASE OF PAY** | 19.3700/HR |

**Fed Status** S **Exemptions** 00 **State Status** S **Exemptions** 00

| WAGES | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| COVID-19 | 70.04 | 22.3700 | 1566.80 | 16860.34 |
| Holiday | 8.00 | 19.3700 | 154.96 | 309.92 |
| Reg Trng | | | | 2036.50 |
| Overtime | | | | 1531.10 |
| PTO | | | | 154.96 |
| Reg Mtg | | | | 19.37 |
| **TOTALS** | | | **1721.76** | **20912.19** |
| **TAXABLE GROSS** | | | **1721.76** | **20912.19** |

| DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|
| PA EE UI | 1.04 | 12.55 |
| Donora | 8.61 | 104.57 |
| Californ | 8.61 | 104.57 |
| LocalSrv | 2.00 | 24.00 |
| PA WH | 52.86 | 642.01 |
| Fed WH | 141.03 | 1768.57 |
| Medicare | 24.97 | 303.23 |
| OASDI-EE | 106.75 | 1296.56 |
| UD | | 257.80 |
| **DEDUC. TOTALS** | **345.87** | **4513.86** |
| **NET PAY** | **1375.89** | **16398.33** |

| DIRECT DEPOSIT ACCOUNT | ACCOUNT NUMBER | AMOUNT |
|---|---|---|
| -Chec | xxxxxx0725 | $1,375.89 |

| HOURS TYPE | BALANCE |
|---|---|
| PTO Available | 8.00 |
| AVAIL VAC | 0.00 |

To report incorrect hours please contact your Division General Manager
To report an incorrect paycheck, please call 1-844-498-7555

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**WELLS FARGO BANK, N.A.**
420 Montgomery Street
San Francisco, CA 94104
11-24/758/1210(8)

Advice No. 02116277
Date 6/16/2023

PAY *VOID VOID VOID VOID VOID VOID VOID VOID VOID*

Advice Amount
$ *****1,375.89
Void After 60 Days

Proc. Level: 0227 Dept. Code: 10227

TO THE ORDER OF
**James Thomas**
**1048 Scenic Dr**
**Coal Center, PA 15423**

DIRECT DEPOSIT ADVICE

**NON-NEGOTIABLE**

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**Thomas, James**
**Proc. Level** 0227 **Dept. Code** 10227

| | | | | |
|---|---|---|---|---|
| **PERIOD BEGIN DATE** | 06/10/2023 | | **ADVICE NUMBER** | 02123495 |
| **PERIOD END DATE** | 06/23/2023 | | **EMPLOYEE NUMBER** | 000684726 |
| **EMPLOYEE SSN** | ###-##-5888 | | **BASE OF PAY** | 19.3700/HR |

**Fed Status** S **Exemptions** 00 **State Status** S **Exemptions** 00

| WAGES | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| COVID-19 | 79.00 | 22.3700 | 1767.22 | 18627.56 | PA EE UI | 1.12 | 13.67 |
| Overtime | 2.73 | 33.5550 | 91.60 | 1622.70 | Donora | 9.39 | 113.96 |
| Reg Mtg | 1.00 | 19.3700 | 19.37 | 38.74 | Californ | 9.39 | 113.96 |
| Reg Trng | | | | 2036.50 | LocalSrv | 2.00 | 26.00 |
| Holiday | | | | 309.92 | PA WH | 57.66 | 699.67 |
| PTO | | | | 154.96 | Fed WH | 159.81 | 1928.38 |
| | | | | | Medicare | 27.23 | 330.46 |
| | | | | | OASDI-EE | 116.44 | 1413.00 |
| | | | | | UD | | 257.80 |
| **TOTALS** | | | **1878.19** | **22790.38** | | | |
| **TAXABLE GROSS** | | | **1878.19** | **22790.38** | | | |

| DIRECT DEPOSIT ACCOUNT | ACCOUNT NUMBER | AMOUNT |
|---|---|---|
| -Chec | xxxxxx0725 | $1,495.15 |

| HOURS TYPE | BALANCE |
|---|---|
| PTO Available | 8.00 |
| AVAIL VAC | 0.00 |

| | AMOUNT | YTD AMOUNT |
|---|---|---|
| **DEDUC. TOTALS** | 383.04 | 4896.90 |
| **NET PAY** | 1495.15 | 17893.48 |

To report incorrect hours please contact your Division General Manager
To report an incorrect paycheck, please call 1-844-498-7555

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**WELLS FARGO BANK, N.A.**
420 Montgomery Street
San Francisco, CA 94104
11-24/758/1210(8)

Advice No. 02123495

Date 6/30/2023

PAY *VOID VOID VOID VOID VOID VOID VOID VOID VOID*

| Advice Amount |
|---|
| $ *****1,495.15 |

**Void After 60 Days**

Proc. Level: 0227 Dept. Code: 10227

TO THE ORDER OF
**James Thomas**
**1048 Scenic Dr**
**Coal Center, PA 15423**

DIRECT DEPOSIT ADVICE

**NON-NEGOTIABLE**

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**Thomas, James**
**Proc. Level** 0227 **Dept. Code** 10227

| | | | | | PERIOD BEGIN DATE | 06/24/2023 | ADVICE NUMBER | 02129540 |
| | | | | | PERIOD END DATE | 07/07/2023 | EMPLOYEE NUMBER | 000684726 |
| | | | | | EMPLOYEE SSN | ###-##-5888 | BASE OF PAY | 24.0000/HR |

**Fed Status** S **Exemptions** 00 **State Status** S **Exemptions** 00

| WAGES | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| Regular | 36.39 | 24.0000 | 873.36 | 873.36 | PA EE UI | 1.17 | 14.84 |
| COVID-19 | 37.85 | 22.3700 | 846.71 | 19474.27 | Donora | 9.72 | 123.68 |
| Holiday | 8.00 | 24.0000 | 192.00 | 501.92 | Californ | 9.72 | 123.68 |
| Non-Rev | 0.70 | 24.0000 | 16.80 | 16.80 | LocalSrv | 2.00 | 28.00 |
| Reg Stby | 0.67 | 24.0000 | 16.08 | 16.08 | PA WH | 59.71 | 759.38 |
| Reg Trng | | | | 2036.50 | Fed WH | 167.82 | 2096.20 |
| Overtime | | | | 1622.70 | Medicare | 28.20 | 358.66 |
| PTO | | | | 154.96 | OASDI-EE | 120.59 | 1533.59 |
| Reg Mtg | | | | 38.74 | UD | 50.55 | 308.35 |
| **TOTALS** | | | **1944.95** | **24735.33** | | | |
| **TAXABLE GROSS** | | | **1944.95** | **24735.33** | | | |

| DIRECT DEPOSIT ACCOUNT | ACCOUNT NUMBER | AMOUNT |
|---|---|---|
| -Chec | xxxxxx0725 | $1,495.47 |

| HOURS TYPE | BALANCE |
|---|---|
| PTO Available | 16.00 |
| AVAIL VAC | 0.00 |

| | DEDUC. TOTALS | 449.48 | 5346.38 |
| | NET PAY | 1495.47 | 19388.95 |

To report incorrect hours please contact your Division General Manager
To report an incorrect paycheck, please call 1-844-498-7555

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**WELLS FARGO BANK, N.A.**
420 Montgomery Street
San Francisco, CA 94104
11-24/758/1210(8)

Advice No. 02129540

Date 7/14/2023

PAY *VOID VOID VOID VOID VOID VOID VOID VOID VOID*

Advice Amount
$ *****1,495.47
**Void After 60 Days**

Proc. Level: 0227 Dept. Code: 10227

TO THE ORDER OF
**James Thomas**
**1048 Scenic Dr**
**Coal Center, PA 15423**

DIRECT DEPOSIT ADVICE

**NON-NEGOTIABLE**

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**Thomas, James**
**Proc. Level** 0227 **Dept. Code** 10227

| | | | | | | PERIOD BEGIN DATE | 07/08/2023 | ADVICE NUMBER | 02136409 |
| | | | | | | PERIOD END DATE | 07/21/2023 | EMPLOYEE NUMBER | 000684726 |
| | | | | | | EMPLOYEE SSN | ###-##-5888 | BASE OF PAY | 24.0000/HR |

**Fed Status** S **Exemptions** 00 **State Status** S **Exemptions** 00

| WAGES | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| Regular | 74.58 | 24.0000 | 1789.92 | 2663.28 | PA EE UI | 1.28 | 16.12 |
| Overtime | 6.07 | 36.0000 | 218.52 | 1841.22 | Donora | 10.69 | 134.37 |
| Reg Stby | 4.42 | 24.0000 | 106.08 | 122.16 | Californ | 10.69 | 134.37 |
| Reg Mtg | 1.00 | 24.0000 | 24.00 | 62.74 | LocalSrv | 2.00 | 30.00 |
| COVID-19 | | | | 19474.27 | PA WH | 65.65 | 825.03 |
| Reg Trng | | | | 2036.50 | Fed WH | 200.76 | 2296.96 |
| Holiday | | | | 501.92 | Medicare | 31.01 | 389.67 |
| PTO | | | | 154.96 | OASDI-EE | 132.59 | 1666.18 |
| Non-Rev | | | | 16.80 | UD | | 308.35 |
| **TOTALS** | | | **2138.52** | **26873.85** | | | |
| **TAXABLE GROSS** | | | **2138.52** | **26873.85** | | | |

| DIRECT DEPOSIT ACCOUNT | ACCOUNT NUMBER | AMOUNT |
|---|---|---|
| -Chec | xxxxxx0725 | $1,683.85 |

| HOURS TYPE | BALANCE |
|---|---|
| PTO Available | 16.00 |
| AVAIL VAC | 0.00 |

| | DEDUC. TOTALS | 454.67 | 5801.05 |
| | NET PAY | 1683.85 | 21072.80 |

To report incorrect hours please contact your Division General Manager
To report an incorrect paycheck, please call 1-844-498-7555

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**WELLS FARGO BANK, N.A.**
420 Montgomery Street
San Francisco, CA 94104
11-24/758/1210(8)

Advice No. 02136409

Date 7/28/2023

PAY *VOID VOID VOID VOID VOID VOID VOID VOID VOID*

| Advice Amount |
| $ *****1,683.85 |

**Void After 60 Days**

Proc. Level: 0227 Dept. Code: 10227

TO THE ORDER OF
**James Thomas**
**1048 Scenic Dr**
**Coal Center, PA 15423**

DIRECT DEPOSIT ADVICE

**NON-NEGOTIABLE**

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**Thomas, James**
**Proc. Level** 0227  **Dept. Code** 10227
**Fed Status** S  **Exemptions** 00  **State Status** S  **Exemptions** 00

| PERIOD BEGIN DATE | 07/22/2023 | ADVICE NUMBER | 02142445 |
|---|---|---|---|
| PERIOD END DATE | 08/04/2023 | EMPLOYEE NUMBER | 000684726 |
| EMPLOYEE SSN | ###-##-5888 | BASE OF PAY | 24.0000/HR |

| WAGES | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| Regular | 71.09 | 24.0000 | 1706.16 | 4369.44 |
| Reg Stby | 5.25 | 24.0000 | 126.00 | 248.16 |
| COVID-19 | | | | 19474.27 |
| Reg Trng | | | | 2036.50 |
| Overtime | | | | 1841.22 |
| Holiday | | | | 501.92 |
| PTO | | | | 154.96 |
| Reg Mtg | | | | 62.74 |
| Non-Rev | | | | 16.80 |
| **TOTALS** | | | **1832.16** | **28706.01** |
| **TAXABLE GROSS** | | | **1832.16** | **28706.01** |

| DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|
| PA EE UI | 1.10 | 17.22 |
| Donora | 9.16 | 143.53 |
| Californ | 9.16 | 143.53 |
| LocalSrv | 2.00 | 32.00 |
| PA WH | 56.25 | 881.28 |
| Fed WH | 154.28 | 2451.24 |
| Medicare | 26.57 | 416.24 |
| OASDI-EE | 113.59 | 1779.77 |
| UD | 50.55 | 358.90 |
| **DEDUC. TOTALS** | **422.66** | **6223.71** |
| **NET PAY** | **1409.50** | **22482.30** |

| DIRECT DEPOSIT ACCOUNT | ACCOUNT NUMBER | AMOUNT |
|---|---|---|
| -Chec | xxxxxx0725 | $1,409.50 |

| HOURS TYPE | BALANCE |
|---|---|
| PTO Available | 16.00 |
| AVAIL VAC | 0.00 |

To report incorrect hours please contact your Division General Manager
To report an incorrect paycheck, please call 1-844-498-7555

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**WELLS FARGO BANK, N.A.**
420 Montgomery Street
San Francisco, CA 94104
11-24/758/1210(8)

Advice No. 02142445
Date 8/11/2023

PAY  *VOID VOID VOID VOID VOID VOID VOID VOID*

Advice Amount
$ *****1,409.50
**Void After 60 Days**

Proc. Level: 0227  Dept. Code: 10227

TO THE ORDER OF
**James Thomas**
**1048 Scenic Dr**
**Coal Center, PA 15423**

DIRECT DEPOSIT ADVICE

**NON-NEGOTIABLE**

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**Thomas, James**
**Proc. Level** 0227 **Dept. Code** 10227

| | | | | | PERIOD BEGIN DATE | 08/05/2023 | ADVICE NUMBER | 02149407 |
| | | | | | PERIOD END DATE | 08/18/2023 | EMPLOYEE NUMBER | 000684726 |
| | | | | | EMPLOYEE SSN | ###-##-5888 | BASE OF PAY | 24.0000/HR |

**Fed Status** S **Exemptions** 00 **State Status** S **Exemptions** 00

| WAGES | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| Regular | 73.14 | 24.0000 | 1755.36 | 6124.80 | PA EE UI | 1.22 | 18.44 |
| PTO | 8.00 | 24.0000 | 192.00 | 346.96 | Donora | 10.16 | 153.69 |
| Overtime | 2.33 | 36.0000 | 83.88 | 1925.10 | Californ | 10.16 | 153.69 |
| COVID-19 | | | | 19474.27 | LocalSrv | 2.00 | 34.00 |
| Reg Trng | | | | 2036.50 | PA WH | 62.36 | 943.64 |
| Holiday | | | | 501.92 | Fed WH | 178.17 | 2629.41 |
| Reg Stby | | | | 248.16 | Medicare | 29.45 | 445.69 |
| Reg Mtg | | | | 62.74 | OASDI-EE | 125.94 | 1905.71 |
| Non-Rev | | | | 16.80 | UD | | 358.90 |
| **TOTALS** | | | **2031.24** | **30737.25** | | | |
| **TAXABLE GROSS** | | | **2031.24** | **30737.25** | | | |

| DIRECT DEPOSIT ACCOUNT | ACCOUNT NUMBER | AMOUNT |
|---|---|---|
| -Chec | xxxxxx0725 | $1,611.78 |

| HOURS TYPE | BALANCE |
|---|---|
| PTO Available | 8.00 |
| AVAIL VAC | 0.00 |

| | DEDUC. TOTALS | 419.46 | 6643.17 |
| | **NET PAY** | **1611.78** | **24094.08** |

To report incorrect hours please contact your Division General Manager
To report an incorrect paycheck, please call 1-844-498-7555

---

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**WELLS FARGO BANK, N.A.**
420 Montgomery Street
San Francisco, CA 94104
11-24/758/1210(8)

Advice No. 02149407

Date 8/25/2023

PAY *VOID VOID VOID VOID VOID VOID VOID VOID VOID*

Advice Amount
$ *****1,611.78
**Void After 60 Days**

Proc. Level: 0227 Dept. Code: 10227

TO THE ORDER OF
**James Thomas**
**1048 Scenic Dr**
**Coal Center, PA 15423**

DIRECT DEPOSIT ADVICE

**NON-NEGOTIABLE**

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**Thomas, James**
**Proc. Level** 0227 **Dept. Code** 10227

| | | | PERIOD BEGIN DATE | 08/19/2023 | ADVICE NUMBER | 02155414 |
| | | | PERIOD END DATE | 09/01/2023 | EMPLOYEE NUMBER | 000684726 |
| | | | EMPLOYEE SSN | ###-##-5888 | BASE OF PAY | 24.0000/HR |

**Fed Status** S **Exemptions** 00 **State Status** S **Exemptions** 00

| WAGES | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| Regular | 64.20 | 24.0000 | 1540.80 | 7665.60 | PA EE UI | 1.03 | 19.47 |
| Reg Stby | 7.30 | 24.0000 | 175.20 | 423.36 | Donora | 8.58 | 162.27 |
| COVID-19 | | | | 19474.27 | Californ | 8.58 | 162.27 |
| Reg Trng | | | | 2036.50 | LocalSrv | 2.00 | 36.00 |
| Overtime | | | | 1925.10 | PA WH | 52.68 | 996.32 |
| Holiday | | | | 501.92 | Fed WH | 140.34 | 2769.75 |
| PTO | | | | 346.96 | Medicare | 24.88 | 470.57 |
| Reg Mtg | | | | 62.74 | OASDI-EE | 106.39 | 2012.10 |
| Non-Rev | | | | 16.80 | UD | 50.55 | 409.45 |
| **TOTALS** | | | **1716.00** | **32453.25** | | | |
| **TAXABLE GROSS** | | | **1716.00** | **32453.25** | | | |

| DIRECT DEPOSIT ACCOUNT | ACCOUNT NUMBER | AMOUNT |
|---|---|---|
| -Chec | xxxxxx0725 | $1,320.97 |

| HOURS TYPE | BALANCE |
|---|---|
| PTO Available | 8.00 |
| AVAIL VAC | 0.00 |

| | DEDUC. TOTALS | 395.03 | 7038.20 |
| | NET PAY | 1320.97 | 25415.05 |

To report incorrect hours please contact your Division General Manager
To report an incorrect paycheck, please call 1-844-498-7555

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**WELLS FARGO BANK, N.A.**
420 Montgomery Street
San Francisco, CA 94104
11-24/758/1210(8)

Advice No. 02155414

Date 9/8/2023

PAY *VOID VOID VOID VOID VOID VOID VOID VOID VOID*

Advice Amount
$ *****1,320.97
**Void After 60 Days**

Proc. Level: 0227 Dept. Code: 10227

TO THE ORDER OF
**James Thomas**
**1048 Scenic Dr**
**Coal Center, PA 15423**

DIRECT DEPOSIT ADVICE

**NON-NEGOTIABLE**

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**Thomas, James**
**Proc. Level** 0227 **Dept. Code** 10227

**Fed Status** S **Exemptions** 00 **State Status** S **Exemptions** 00

| PERIOD BEGIN DATE | 09/02/2023 | ADVICE NUMBER | 02161979 |
|---|---|---|---|
| PERIOD END DATE | 09/15/2023 | EMPLOYEE NUMBER | 000684726 |
| EMPLOYEE SSN | ###-##-5888 | BASE OF PAY | 24.0000/HR |

| WAGES | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| Regular | 44.58 | 24.0000 | 1069.92 | 8735.52 |
| Reg Stby | 20.41 | 24.0000 | 489.84 | 913.20 |
| Holiday | 8.00 | 24.0000 | 192.00 | 693.92 |
| COVID-19 | | | | 19474.27 |
| Reg Trng | | | | 2036.50 |
| Overtime | | | | 1925.10 |
| PTO | | | | 346.96 |
| Reg Mtg | | | | 62.74 |
| Non-Rev | | | | 16.80 |
| **TOTALS** | | | **1751.76** | **34205.01** |
| **TAXABLE GROSS** | | | **1751.76** | **34205.01** |

| DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|
| PA EE UI | 1.05 | 20.52 |
| Donora | 8.76 | 171.03 |
| Californ | 8.76 | 171.03 |
| LocalSrv | 2.00 | 38.00 |
| PA WH | 53.78 | 1050.10 |
| Fed WH | 144.63 | 2914.38 |
| Medicare | 25.40 | 495.97 |
| OASDI-EE | 108.61 | 2120.71 |
| UD | | 409.45 |
| **DEDUC. TOTALS** | **352.99** | **7391.19** |
| **NET PAY** | **1398.77** | **26813.82** |

| DIRECT DEPOSIT ACCOUNT | ACCOUNT NUMBER | AMOUNT |
|---|---|---|
| -Chec | xxxxxx0725 | $1,398.77 |

| HOURS TYPE | BALANCE |
|---|---|
| PTO Available | 8.00 |
| AVAIL VAC | 0.00 |

To report incorrect hours please contact your Division General Manager
To report an incorrect paycheck, please call 1-844-498-7555

---

**MV CONTRACT TRANSPORTATION**
2711 N HASKELL AVE
SUITE 1500, LB-2
DALLAS, TX 75204
(972) 391-4600

**WELLS FARGO BANK, N.A.**
420 Montgomery Street
San Francisco, CA 94104
11-24/758/1210(8)

Advice No. 02161979
Date 9/22/2023

PAY *VOID VOID VOID VOID VOID VOID VOID VOID VOID*

Advice Amount
$ *****1,398.77
**Void After 60 Days**

Proc. Level: 0227 Dept. Code: 10227

TO THE ORDER OF
**James Thomas**
**1048 Scenic Dr**
**Coal Center, PA 15423**

DIRECT DEPOSIT ADVICE

**NON-NEGOTIABLE**