IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No. 23-21947-JAD |
| James F. Thomas, II, | ) |
| Debtor | ) Chapter 13 |
| | ) |
| | ) |
| | ) |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO:    Clerk of Courts

    Please enter our appearance on behalf of Clairton City School District in the above captioned matter. We request copies of further Notices and Orders in accord with the attached Declaration.

    Please enter the address below as the mailing address for these creditors. All notices should be mailed to the following address:

**Clairton City School District**
**GRB Law**
**Jeffrey R. Hunt, Esquire**
**525 William Penn Place**
**Suite 3110**
**Pittsburgh, PA 15219**

Executed on:

October 2, 2023

                GRB Law,

By:    /s/Jeffrey R. Hunt
       Jeffrey R. Hunt, Esquire
       Pa I.D. No. 90342
       525 William Penn Place
       Suite 3110
       Pittsburgh, PA 15219
       412-281-0587
       jhunt@grblaw.com
       Attorney for Movants

2199006.3

DECLARATION IN LIEU OF AFFIDAVIT

Regarding Request to Be Added to the Mailing Matrix

I am the Attorney for Clairton City School District, these creditors in the above captioned bankruptcy case, and I am authorized by these creditors to make the accompanying request for notices. The **new address shown on the preceding page** should be used instead of the existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditors' address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditors, and:

(X)  That there are no other requests to receive notices on behalf of these creditors, or

( )  that any prior request(s) for notice by or on behalf of these creditors shall be deleted from the matrix:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 2, 2023.

GRB Law,

By:    /s/Jeffrey R. Hunt
       Jeffrey R. Hunt, Esquire
       Pa I.D. No. 90342
       525 William Penn Place
       Suite 3110
       Pittsburgh, PA 15219
       412-281-0587
       jhunt@grblaw.com
       Attorney for Movants

2199006.3