# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | | |
|---|---|---|
| James F. Thomas, II | Debtor(s) | Case No.: 23-21947 JAD |
| | | Chapter 13 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of BANK OF AMERICA, N.A. in relation to a claim secured by real property commonly known as 1048 Scenic Drive, Coal Center, PA 15423 and identified by account number *******2669.

Request is made that all notices pursuant to Fed. R. Bankr. P. 2002 and all documents and pleadings of any nature be served as follows:

POWERS KIRN, LLC
Attorneys for BANK OF AMERICA, N.A.
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
bankruptcy@powerskirn.com


Dated:  October 16, 2023

POWERS KIRN, LLC

By:  /s/ Jill Manuel-Coughlin
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Karina Velter, Esq.; Atty ID #94781
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>James F. Thomas, II<br><br>Debtor(s) | Case No.: 23-21947 JAD<br><br>Chapter 13 |
|---|---|

## CERTIFICATION OF SERVICE
## OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on October 16, 2023.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first-class U.S. Mail.

<u>Parties served via Electronic Notification:</u>

Ronda J. Winnecour  
600 Grant Street, Suite 3250  
Pittsburgh PA  15219  
cmecf@chapter13trusteewdpa.com  
Trustee

Jana S. Pail, Esquire  
11 Stanwix Street, Ste 1400  
Pittsburgh PA  15222  
jpail@wtplaw.com  
Attorney for Debtor/Debtors

<u>Parties served via First-Class Mail:</u>

James F. Thomas, II  
1048 Scenic Drive  
Coal Center PA  15423  
Debtor

Dated:  October 16, 2023

POWERS KIRN, LLC

By:  /s/ Jill Manuel-Coughlin_____  
Jill Manuel-Coughlin, Esq.; Atty ID #63252  
Harry B. Reese, Esq.; Atty ID #310501  
Karina Velter, Esq.; Atty ID #94781  
8 Neshaminy Interplex, Suite 215  
Trevose, PA  19053  
Phone: 215-942-2090; Fax 215-942-8661  
Email: bankruptcy@powerskirn.com  
Attorneys for Creditor/Movant