DEFAULT O/E JAD

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 23-21947 JAD |
| James F. Thomas, II | Chapter 13 |
| Debtor. | Doc No. 13 |
| | FILED 10/19/23 1:37 pm CLERK U.S. BANKRUPTCY COURT - WDPA |
| James F. Thomas, II | |
| Movant, | Response Deadline: |
| v. | |
| Allegheny County Treasurer. Bank Of America, City of Clairton, Clairton School District c/o McGrail & Associates, Internal Revenue Service, Jefferson Hospital, Jordan Tax Service, Inc., Keystone Collections Group, PA Department of Revenue, PA Municipal Service Co., U.S. Department of Education/Navient, and Ronda J. Winnecour, Chapter 13 Standing Trustee | Hearing Date and Time |
| Respondents. | |

## ORDER OF COURT

AND NOW, this  19th  day of  October , 2023, upon consideration of Debtor's Expedited Motion to Extend the Stay Under Section 362(c)(3) of the United States Bankruptcy Code, it is hereby ORDERED, ADJUDGED and DECREED, that the automatic stay in this case is extended as to all named Respondents and will continue until further order of court.

_____
Jeffery A. Deller       jsf
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 23-21947-JAD
James F. Thomas, II  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Oct 19, 2023      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James F. Thomas, II, 1048 Scenic Drive, Coal Center, PA 15423-1157 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2023 at the address(es) listed below:**

**Name      Email Address**

Brian Nicholas
     on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com

Jana S. Pail
     on behalf of Debtor James F. Thomas II jpail@wtplaw.com, llescallette@wtplaw.com

Jeffrey R. Hunt
     on behalf of Creditor Clairton City School District jhunt@grblaw.com

Jeffrey R. Hunt
     on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jill Manuel-Coughlin
     on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com

Karina Velter
     on behalf of Creditor BANK OF AMERICA N.A. karina.velter@powerskirn.com, Kaitlyn.Pemper@powerskirn.com

Case 23-21947-JAD    Doc 29    Filed 10/21/23    Entered 10/22/23 00:24:10    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 19, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8