**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE

James F. Thomas,
    Debtor(s)

Case No. 23-21947-JAD

Chapter 13

James F. Thomas,
    Movant(s),
    - vs. -

Doc. No.

Related to Doc. No. 39

Ronda J. Winnecour, Trustee,
    Respondent.

## **CERTIFICATE OF SERVICE**

    I, Jana S. Pail, certify under penalty of perjury that I served a copy of the Notice of Proposed Modification of Plan together with the Amended Plan Dated November 28, 2023 to the following parties via the method indicated this 28th day of November 2023:

Electronic Service:

Jeffrey R. Hunt on behalf of Creditor Clairton City School District and Creditor County of Allegheny
jhunt@grblaw.com

Brian Nicholas on behalf of Creditor BANK OF AMERICA, N.A.
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

John Michael Quain, Jr. on behalf of Interested Party ECMC
jquain@barley.com, jfrench@barley.com

Karina Velter on behalf of Creditor BANK OF AMERICA, N.A.
karina.velter@powerskirn.com, Kaitlyn.Pemper@powerskirn.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Via First Class Mail, Postage Pre-Paid:

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jefferson Hospital
565 Coal Valley Road
Clairton, PA 15025-3703

Jordan Tax Service, Inc.
102 Rahway Road
Canonsburg, PA 15317-3349

PA Municipal Service Co.
336 Delaware Ave Dept. W-58
Oakmont, PA 15139-2138

Keystone Collections Group
546 Wendel Road
Irwin, PA 15642-7539

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

/s/ Jana S. Pail
Jana S. Pail
Counsel
Whiteford, Taylor & Preston L.L.P.
11 Stanwix Street, Suite 1400
Pittsburgh, PA 15222
412-400-3833
JPail@Whitefordlaw.com
PA ID No. 88910

Attorney for the Debtor