# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 23-21947-JAD |
| | : | |
| JAMES F. THOMAS, II, | : | Chapter 13 |
|     Debtor | : | |
| | : | |
| vs. | : | |
| | : | |
| EDUCATION CREDIT MANAGEMENT CORPORATION | : | |
| | : | |
|     Movant | : | |

### CONSENT ORDER OF COURT REGARDING OBJECTION TO CONFIRMATION OF PLAN DATED SEPTEMBER 14, 2023

AND NOW, to wit, this _____ day of _____, 2023, with respect to Movant's Objection to the Confirmation of Plan Dated September 14, 2023, and upon consent of the parties, it is hereby ORDERED, ADJUDGED and DECREED, as follows:

1. The student loan debt of ECMC identified in Proof of Claim No. 3 is non-dischargeable and any balance due to ECMC upon successful completion of the Debtor's Chapter 13 plan dated September 14, 2023 will not be discharged unless and until Debtor successfully seeks discharge either through an adversary proceeding or an administrative proceeding.

2. Despite the claim of ECMC being listed in Section 5.2 of the Debtor's Chapter 13 Plan, the debt to ECMC shall not be considered to be cured and/or reinstated upon successful completion of the Chapter 13 Plan by the Debtors.

3. Aside from the foregoing, the treatment of the claim of ECMC in the Debtor's Chapter 13 Plan and in the Order confirm Debtor's Chapter 13 Plan shall remain unchanged.

11260323.1

CONSENTED TO BY:

*/s/ Jana S. Pail*
Jana S. Pail, Esquire
Attorney for Debtor

*/s/ John M. Quain Jr.*
John M. Quain Jr., Esquire
Attorney for ECMC

SO ORDERED:

_____
Hon. Jeffery A. Deller
United States Bankruptcy Judge

11260323.1