# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 23-21947-JAD |
| | : | |
| JAMES F. THOMAS, II, | : | Chapter 13 |
|     Debtor | : | |
| | : | FILED |
| vs. | : Doc. # 42 | 12/11/23 10:29 am |
| | : | CLERK |
| EDUCATION CREDIT MANAGEMENT | : | U.S. BANKRUPTCY |
| CORPORATION | : | COURT - WDPA |
| | : | |
|     Movant | : | |

## CONSENT ORDER OF COURT REGARDING OBJECTION TO CONFIRMATION OF PLAN DATED SEPTEMBER 14, 2023

AND NOW, to wit, this  11th   day of  December   , 2023, with respect to Movant's Objection to the Confirmation of Plan Dated September 14, 2023, and upon consent of the parties, it is hereby ORDERED, ADJUDGED and DECREED, as follows:

    1.    The student loan debt of ECMC identified in Proof of Claim No. 3 is non-dischargeable and any balance due to ECMC upon successful completion of the Debtor's Chapter 13 plan dated September 14, 2023 will not be discharged unless and until Debtor successfully seeks discharge either through an adversary proceeding or an administrative proceeding.

    2.    Despite the claim of ECMC being listed in Section 5.2 of the Debtor's Chapter 13 Plan, the debt to ECMC shall not be considered to be cured and/or reinstated upon successful completion of the Chapter 13 Plan by the Debtors.

    3.    Aside from the foregoing, the treatment of the claim of ECMC in the Debtor's Chapter 13 Plan and in the Order confirm Debtor's Chapter 13 Plan shall remain unchanged.

11260323.1

CONSENTED TO BY:

*/s/ Jana S. Pail*
Jana S. Pail, Esquire
Attorney for Debtor

*/s/ John M. Quain Jr.*
John M. Quain Jr., Esquire
Attorney for ECMC

SO ORDERED:

_____ jsf
Hon. Jeffery A. Deller
United States Bankruptcy Judge

11260323.1

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-21947-JAD |
| James F. Thomas, II | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2

Date Rcvd: Dec 11, 2023      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James F. Thomas, II, 1048 Scenic Drive, Coal Center, PA 15423-1157 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 13, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com |
| Jana S. Pail | on behalf of Debtor James F. Thomas II jpail@wtplaw.com, llescallette@wtplaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Clairton City School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jill Manuel-Coughlin | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| John Michael Quain, Jr. | on behalf of Interested Party ECMC jquain@barley.com  jfrench@barley.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Dec 11, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Karina Velter
        on behalf of Creditor BANK OF AMERICA N.A. karina.velter@powerskirn.com, Kaitlyn.Pemper@powerskirn.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

TOTAL: 9