IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>James F. Thomas, II<br><br>Debtor | Chapter 13 Proceeding<br><br>23-21947 JAD | FILED<br>1/23/24 11:30 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |
|---|---|---|
| BANK OF AMERICA, N.A.<br><br>Movant<br><br>v.<br><br>James F. Thomas, II<br>and<br>Ronda J. Winnecour, Esquire<br><br>Respondents | DOC 48 | |

## ORDER APPROVING STIPULATION

AND NOW, this 23RD day of JANUARY, 2024, the Stipulation Resolving BANK OF AMERICA, N.A.'s objection to the confirmation of the Debtor's Chapter 13 plan is hereby approved by the Court.

_____
United States Bankruptcy Judge
JEFFERY A. DELLER

jsf

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                              Case No. 23-21947-JAD
James F. Thomas, II                                          Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                      User: auto                                  Page 1 of 2
Date Rcvd: Jan 23, 2024                               Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2024:**

**Recip ID            Recipient Name and Address**
db                 +   James F. Thomas, II, 1048 Scenic Drive, Coal Center, PA 15423-1157

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2024                                   Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2024 at the address(es) listed below:

**Name**                            **Email Address**

Brian Nicholas
                                  on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com

Jana S. Pail
                                  on behalf of Debtor James F. Thomas II jpail@wtplaw.com, llescallette@wtplaw.com

Jeffrey R. Hunt
                                  on behalf of Creditor Clairton City School District jhunt@grblaw.com

Jeffrey R. Hunt
                                  on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jill Manuel-Coughlin
                                  on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com

John Michael Quain, Jr.
                                  on behalf of Interested Party ECMC jquain@barley.com jfrench@barley.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jan 23, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Karina Velter
   on behalf of Creditor BANK OF AMERICA N.A. karina.velter@powerskirn.com, Kaitlyn.Pemper@powerskirn.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

TOTAL: 9