# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE

James F. Thomas,
    Debtor(s)

Case No. 23-21947-JAD

Chapter 13

James F. Thomas,
    Movant(s),
    - vs. -

Doc. No.

Related to Doc. No. 53

Ronda J. Winnecour, Trustee,
    Respondent.

## **CERTIFICATE OF SERVICE**

    I, Jana S. Pail, certify under penalty of perjury that I served a copy of the Notice of Proposed Modification of Plan together with the Amended Plan Dated May 29, 2024 to the following parties via the method indicated this 3rd day of June, 2024:

Electronic Service:

Jeffrey R. Hunt on behalf of Creditor Clairton City School District and Creditor County of Allegheny
jhunt@grblaw.com

Denise Carlton on behalf of Creditor BANK OF AMERICA, N.A.
DCarlton@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

John Michael Quain, Jr. on behalf of Interested Party ECMC
jquain@barley.com, jfrench@barley.com

Karina Velter on behalf of Creditor BANK OF AMERICA, N.A.
karina.velter@powerskirn.com, Kaitlyn.Pemper@powerskirn.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Via First Class Mail, Postage Pre-Paid:

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jefferson Hospital
565 Coal Valley Road
Clairton, PA 15025-3703

Jordan Tax Service, Inc.
102 Rahway Road
Canonsburg, PA 15317-3349

PA Municipal Service Co.
336 Delaware Ave Dept. W-58
Oakmont, PA 15139-2138

Keystone Collections Group
546 Wendel Road
Irwin, PA 15642-7539

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Department of Education/Navient
P.O. Box 9635
Wilkes Barre, PA 18773

ECMC
111 South Washington Avenue
Suite 1400
Minneapolis, MN 55401

John Michael Quain Jr.
Barley Snyder
213 Market Street, 12th Floor
Harrisburgh, PA 17101

/s/ Jana S. Pail
Jana S. Pail
Counsel
Whiteford, Taylor & Preston L.L.P.

        11 Stanwix Street, Suite 1400
        Pittsburgh, PA 15222
        412-400-3833
        JPail@Whitefordlaw.com
        PA ID No. 88910

Attorney for the Debtor