IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTIST OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) Case Number 23-21947-JAD |
| James F. Thomas, II, | ) |
| | ) Chapter 13 |
| Debtor | ) |
| _____ | ) |
| | ) Docket No. |
| Whiteford Taylor & Preston, LLP | ) |
| | ) Related to Docket No. 59 |
| Applicant | ) |
| | ) |
| | ) Objections Due:   July 1, 2024 |
| vs. | ) |
| | ) |
| Allegheny County Treasurer, Bank of American, Bank of America, N.A., City of Clarion, Clairton City School District, Clairton School District, Department of Education/Navient, ECMC, Internal Revenue Service, Jefferson Hospital, Keystone Collections Group, KML Law Group, PA Municipal Service Co., Pennsylvania Department of Revenue, and Ronda J. Winnecour, Trustee, | ) ) ) ) ) ) ) ) ) ) ) |
| | ) Hearing Date and Time: |
| | ) July 16, 2024 at 10:00 a.m. |
| Respondents. | ) |

**NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE
REGARDING AMENDED APPLICATION FOR INTERIM
<u>COMPENSATION BY COUNSEL FOR DEBTOR</u>**

TO THE RESPONDENT(S):

You are hereby notified that the above Applicant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Application by no later than **June 30, 2024**, (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules Of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Presiding Judge as found on the Court's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.

Please refer to the Judge's calendar posted on the Court's web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Application to a lawyer at once.

An in-person hearing will be held on **July 16, 2024, at 10:00 am** before Judge Deller in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Dated of Service: June 13, 2024

*/s/Jana S. Pail*
Jana S. Pail, Esquire (Pa. I.D. No. 88910)
Whiteford, Taylor & Preston LLP
11 Stanwix Street, 14th Floor
Pittsburgh, PA 15222
Tel: 412-567-7556
Email: jpail@wtplaw.com

*Attorney for James F. Thomas II*