**DEFAULT O/E JAD**

FILED
7/25/24 3:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTIST OF PENNSYLVANIA

| | |
|---|---|
| In re:                                                 ) | |
|                                                           ) | Case Number 23-21947-JAD |
| James F. Thomas, II,                           ) | |
|                                                           ) | Chapter 13 |
|                    Debtor                         ) | |
|                                                           ) | Doc. # 65 |
| _____    ) | |
|                                                           ) | |
| Whiteford Taylor & Preston, LLP         ) | |
|                                                           ) | |
|                    Applicant                      ) | |
|                                                           ) | |
|                                                           ) | |
|          vs.                                          ) | |
|                                                           ) | |
| Allegheny County Treasurer, Bank of   ) | |
| American, Bank of America, N.A., City of ) | |
| Clarion, Clairton City School District, Clairton ) | |
| School District, Department of           ) | |
| Education/Navient, ECMC, Internal Revenue ) | |
| Service, Jefferson Hospital, Keystone  ) | |
| Collections Group, KML Law Group, PA ) | |
| Municipal Service Co., Pennsylvania  ) | |
| Department of Revenue, and Ronda J. ) | |
| Winnecour, Trustee,                          ) | |
|                                                           ) | |
|                    Respondents.                 ) | |

## ORDER OF COURT

AND NOW, to-wit this  25th  day of _____July_____, 2024 after consideration of the Application for Interim Compensation by Counsel for Debtor it is hereby ORDERED, ADJUDGED and DECREED that:

1.    The Application for Interim Compensation is approved in the am amount of $9,552.00 for work performed and fees and costs incurred in the Chapter 13 case by Debtor's counsel from August 2023 through June 2024;

2. Before the approval of this Fee Application, the Debtor's counsel was paid a $1,000.00 retainer prior to filing and has been paid $1,355.11 by the Chapter 13 Trustee. With approval of this Fee Application, the total amount of allowed fees and costs in this case for Debtor' counsel is $9,552.00 with the total to be paid through the Plan by the Trustee being $8,552.00 in fees and $408.71 in costs for a total of $8,960.71 through the Plan.

3. Fees will be payable only upon confirmation of Debtor's Chapter 13 Plan to the extend funded in the confirmed plan.

4. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan.

5. The clerk shall record the total compensation as $9,552.00.

_____jsf_____
Honorable Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-21947-JAD |
| James F. Thomas, II | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 25, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2024:**

**Recip ID          Recipient Name and Address**
db              +  James F. Thomas, II, 1048 Scenic Drive, Coal Center, PA 15423-1157

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2024          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2024 at the address(es) listed below:

**Name                          Email Address**

Denise Carlon
    on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com

Jana S. Pail
    on behalf of Debtor James F. Thomas  II jpail@raineslaw.com, llescallette@wtplaw.com

Jeffrey R. Hunt
    on behalf of Creditor Clairton City School District jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jill Manuel-Coughlin
    on behalf of Creditor BANK OF AMERICA  N.A. bankruptcy@powerskirn.com

John Michael Quain, Jr.
    on behalf of Interested Party ECMC jquain@barley.com  jfrench@barley.com

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jul 25, 2024 | Form ID: pdf900 | Total Noticed: 1

Karina Velter
        on behalf of Creditor BANK OF AMERICA N.A. karina.velter@powerskirn.com, Kaitlyn.Pemper@powerskirn.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

TOTAL: 9