IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 23-21947-JAD |
| JAMES F. THOMAS II | Chapter 13 |
| Debtor | |

### **AMENDED NOTICE OF APPEARANCE**

TO THE CLERK – U.S. BANKRUPTCY COURT:

Please kindly update my appearance on behalf of the Debtor, James F. Thomas II, in the above captioned case and update my electronic notice as indicated below and update the mailing matrix to receive notices of all matters in this case.

Dated: February 11, 2025                    RAINES FELDMAN LITTRELL LLP

*/s/ Jana S. Pail*
Jana S. Pail, Esquire
11 Stanwix Street, Suite 1100
Pittsburgh, PA 15222
Phone: 412-899-6493
Email: jpail@raineslaw.com

10466783.1