IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | |
| James F. Thomas, II, ) | Case No: 23-21947 JAD |
| ) | |
| Debtor. ) | Chapter 13 |
| ) | |
| RAINES FELDMAN LITTRELL, LLP ) | |
| ) | Doc. No. |
| Applicant ) | |
| ) | |
| v. ) | |
| ) | Hearing Date: September 23, 2025, at 10:00 a.m. |
| Allegheny County Treasurer, Bank of ) | |
| American, Bank of America, N.A., City of ) | |
| Clarion, Clairton City School District, ) | Response Deadline: September 2, 2025 |
| Clairton School District, Department of ) | |
| Education/Navient, ECMC, Internal ) | |
| Revenue Service, Jefferson Hospital, ) | |
| Keystone Collections Group, KML Law ) | |
| Group, PA Municipal Service Co., ) | |
| Pennsylvania Department of Revenue, and ) | |
| Ronda J. Winnecour, Trustee, ) | |
| ) | |
| Respondents. ) | |
| ) | |

**NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE
REGARDING MOTION OF JAMES THOMAS
<u>ON APPLICATION FOR INTERIM COMPENSATION BY COUNSEL FOR DEBTOR</u>**

TO THE RESPONDENT(S):

    You are hereby notified that the above Applicant seeks an order affecting your rights or property.

    You are further instructed to file with the Clerk and serve upon the undersigned attorney for the Movant a response to the Motion by no later than September 2, 2025, (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Presiding Judge as found on the Court's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the Judge's calendar posted on the Court's web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward

10594514.1

as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A "hybrid" hearing will be held on September 23, 2025, at 10:00 a.m. before Judge Jeffery A. Deller. A "hybrid" hearing is one which any counsel and/or litigant may choose to attend in-person or remotely utilizing the Zoom Video Conference Platform ("Zoom").

Counsel or litigants desiring to appear in-person should appear in front of Judge Deller in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219 at the date and time stated above.

Counsel or litigants appearing remotely shall initiate and use the following Zoom link at least ten (10) minutes prior to the above scheduled "hybrid" hearing time: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Meeting ID: 160 0928 3473.

All participants appearing remotely via Zoom or otherwise must comply with the Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After November 1, 2023 ("Judge Deller's Zoom Procedures"), which can be found on the Court's website at https://www.pawb.uscourts.gov/content/judge-jeffery-deller.

Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternate arrangements if they desire to participate remotely. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

All persons are also reminded that participating remotely at a "hybrid" hearing is a courtesy provided by the Court and may be rescinded at any time.

All persons are also reminded that pursuant to the Court's Notice and Order, and as set forth in Judge Deller's Zoom Procedures, the public's recording or duplication of any audio or video of the hearing is strictly prohibited.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

10594514.1

| | |
|---|---|
| Dated: August 14, 2025 | Respectfully Submitted: |
| | /s/ Jana S. Pail_____ |
| | Jana S. Pail, Esquire (PA ID 88910) |
| | Raines Feldman Littrell LLP |
| | 11 Stanwix Street, Suite 1100 |
| | Pittsburgh, PA 15222 |
| | jpail@raineslaw.com |
| | 412-899-6493 |
| | |
| | *Counsel to James Thomas, Debtor* |

10594514.1