IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Case Number 23-21947 JAD |
| James F. Thomas, II, ) | |
| ) | |
| Debtor ) | Chapter 13 |
| _____ ) | |
| ) | |
| Raines Feldman Littrell LLP ) | Related to Docket Nos. 78 and 79 |
| ) | |
| Applicant ) | |
| ) | |
| ) | |
| vs. ) | |
| ) | |
| Allegheny County Treasurer, Bank of ) | |
| American, Bank of America, N.A., City of ) | |
| Clarion, Clairton City School District, ) | |
| Clairton School District, Department of ) | |
| Education/Navient, ECMC, Internal ) | |
| Revenue Service, Jefferson Hospital, ) | |
| Keystone Collections Group, KML Law ) | |
| Group, PA Municipal Service Co., ) | |
| Pennsylvania Department of Revenue, and ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, ) | |
| ) | |
| Respondents. ) | |

### **CERTIFICATE OF SERVICE**

I, Jana S. Pail, certify under penalty of perjury that I served the following on August 14, 2025, to the following parties via the method indicated:

The Interim Application Compensation with all exhibits and Notice of Hearing [Doc. Nos. 78 & 79]

Denise Carlon on behalf of Creditor BANK OF AMERICA, N.A.
dcarlon@kmllawgroup.com

Jeffrey R. Hunt on behalf of Creditor Clairton City School District
jhunt@grblaw.com

10583929.1

Jeffrey R. Hunt on behalf of Creditor County of Allegheny
jhunt@grblaw.com

Jill Manuel-Coughlin on behalf of Creditor BANK OF AMERICA, N.A.
bankruptcy@powerskirn.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

John M Quain, Jr on behalf of Interested Party ECMC
jquain@barley.com, jfrench@barley.com

Karina Velter on behalf of Creditor BANK OF AMERICA, N.A.
karina.velter@powerskirn.com, Kaitlyn.Pemper@powerskirn.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

The Summary Cover Sheet and Notice of Hearing were served on the following via first class mail, on August 18, 2025, postage prepaid:

Please see attached mailing matrix.

|  |  |
|---|---|
| Dated: August 18, 2025 | Respectfully Submitted: |
|  | /s/ Jana S. Pail_____ |
|  | Jana S. Pail, Esquire (PA ID 88910) |
|  | Raines Feldman Littrell LLP |
|  | 11 Stanwix Street, Suite 1100 |
|  | Pittsburgh, PA 15222 |
|  | jpail@raineslaw.com |
|  | 412-899-6493 |
|  | *Counsel to James Thomas, Debtor* |

10583929.1

# EXHIBIT "A"

```
Label Matrix for local noticing        BANK OF AMERICA, N.A.              Clairton City School District
0315-2                                 PO Box 31785                        GRB Law
Case 23-21947-JAD                      TAMPA, FL 33631-3785                c/o Jeffrey R. Hunt, Esquire
WESTERN DISTRICT OF PENNSYLVANIA                                           525 William Penn Place
Pittsburgh                                                                 Suite 3110
Thu Aug 14 15:49:08 EDT 2025                                               Pittsburgh, PA 15219-1753

County of Allegheny                    ECMC                                2
GRB Law                                ECMC                                U.S. Bankruptcy Court
c/o Jeffrey R. Hunt, Esquire           111 South Washington Avenue         5414 U.S. Steel Tower
525 William Penn Place                 Suite 1400                          600 Grant Street
Suite 3110                             Minneapolis, MN 55401-6800          Pittsburgh, PA 15219-2703
Pittsburgh, PA 15219-1753

ALLEGHENY COUNTY TREASURER             Bank of America                     City of Clairton
P.O.BOX  643385                        400 National Way                    551 Ravensburg Blvd.
Pittsburgh, PA 15264-3385              Simi Valley, CA 93065-6414          Clairton, PA 15025-1297


City of Clairton                       Clairton School District            Department of Education/Navient
c/o Keystone Collections Group         c/o McGrail & Associates            P.O. Box 9635
546 Wendel Road                        McKeesport, PA 15131                Wilkes Barre, PA 18773-9635
Irwin, PA 15642-7539


ECMC                                   Internal Revenue Service            Jefferson Hospital
Post Office Box 16408                  PO Box 7346                         565 Coal Valley Road
St. Paul, MN 55116-0408                Philadelphia, PA 19101-7346         Clairton, PA 15025-3703


Jordan Tax Service, Inc.               KML Law Group                       Keystone Collections Group
102 Rahway Road                        701 Market Street                   546 Wendel Road
Canonsburg, PA 15317-3349              Suite 5000                          Irwin, PA 15642-7539
                                       Philadelphia, PA 19106-1541


Office of the United States Trustee    PA Municipal Service Co.            Pennsylvania Department of Revenue
1000 Liberty Avenue                    336 Delaware Ave Dept. W-58         Department 280946
Suite 1316                             Oakmont, PA 15139-2120              Harrisburg, PA 17128-0946
Pittsburgh, PA 15222-4013


James F. Thomas II                     Jana S. Pail                        Ronda J. Winnecour
1048 Scenic Drive                      Raines Feldman Littrell LLP         Suite 3250, USX Tower
Coal Center, PA 15423-1157             11 Stanwix Street                   600 Grant Street
                                       Suite 1100                          Pittsburgh, PA 15219-2702
                                       Pittsburgh, PA 15222-1324
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)BANK OF AMERICA, N.A.               (d)Bank of America, N.A.            (d)Clairton City School District
                                       PO Box 31785                        GRB Law
                                       Tampa, FL 33631-3785                c/o Jeffrey R. Hunt, Esquire
                                                                           525 William Penn Place, Suite 3110
                                                                           Pittsburgh, PA 15219-1753
```

(d)County of Allegheny
GRB Law
c/o Jeffrey R. Hunt, Esquire
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219-1753

| End of Label Matrix | |
|---|---|
| Mailable recipients | 23 |
| Bypassed recipients | 4 |
| Total | 27 |