FILED
8/26/25 1:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 23-21947-JAD |
| James F. Thomas, II, ) | |
| ) | Chapter 13 |
| ) | |
| Debtor. ) | Do# 83 |
| X | |

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐ a motion to dismiss case or certificate of default requesting dismissal

☐ a plan modification sought by: _____

☐ a motion to lift stay
as to creditor _____

☒ Other: Increasing plan payment to cure arrearages and fund counsel fees.

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated May 29, 2024 (Confirmation Order at Doc. No. 71)

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒☐  Debtor(s) Plan payments shall be changed from $ 3,261.00 to $ 3,668.00 per month effective  September 2025 ; and/or the Plan term shall be changed from ____ months to ____ months.     .

[04/22]                                      -1-

- ❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ❑ Debtor(s) shall file and serve _____ on or before _____.

- ❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ❑ Other: _____

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 26th day of August, 2025

_____

United States Bankruptcy Judge
Jeffery A. Deller

Stipulated by:            Stipulated by:

/s/ Jana S. Pail            /s/James Warmbrodt
Counsel to Debtor            Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

cc: All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                        Case No. 23-21947-JAD
James F. Thomas, II                                                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: auto            Page 1 of 2
Date Rcvd: Aug 26, 2025            Form ID: pdf900            Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James F. Thomas, II, 1048 Scenic Drive, Coal Center, PA 15423-1157 |
| cr | + | Clairton City School District, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-1753 |
| 15636924 | | ALLEGHENY COUNTY TREASURER, P.O.BOX 643385, Pittsburgh, PA 15264-3385 |
| 15636926 | + | City of Clairton, 551 Ravensburg Blvd., Clairton, PA 15025-1297 |
| 15643162 | + | Clairton City School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15636927 | | Clairton School District, c/o McGrail & Associates, McKeesport, PA 15131 |
| 15636930 | + | Jefferson Hospital, 565 Coal Valley Road, Clairton, PA 15025-3703 |
| 15636934 | + | PA Municipal Service Co., 336 Delaware Ave Dept. W-58, Oakmont, PA 15139-2120 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Aug 27 2025 03:44:00 | County of Allegheny, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| intp | + | Email/Text: ECMCBKNotices@ecmc.org | Aug 27 2025 03:44:00 | ECMC, ECMC, 111 South Washington Avenue, Suite 1400, Minneapolis, MN 55401-6800 |
| 15636925 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 27 2025 03:44:00 | Bank of America, 400 National Way, Simi Valley, CA 93065-6414 |
| 15660098 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 27 2025 03:44:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 15668432 | + | Email/Text: Bankruptcy@keystonecollects.com | Aug 27 2025 03:44:00 | City of Clairton, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15643161 | + | Email/Text: ebnjts@grblaw.com | Aug 27 2025 03:44:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15636928 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 27 2025 02:44:56 | Department of Education/Navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 15644852 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 27 2025 03:44:00 | ECMC, Post Office Box 16408, St. Paul, MN 55116-0408 |
| 15636929 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 27 2025 03:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15636931 | ^ | MEBN | Aug 27 2025 01:17:51 | Jordan Tax Service, Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15636933 | ^ | MEBN | Aug 27 2025 01:16:49 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15636932 | + | Email/Text: Bankruptcy@keystonecollects.com | Aug 27 2025 03:44:00 | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |

Case 23-21947-JAD    Doc 85    Filed 08/28/25    Entered 08/29/25 00:32:48    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 26, 2025 | Form ID: pdf900 | Total Noticed: 21 |

| 15636935 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
|---|---|---|---|
| | | Aug 27 2025 03:44:00 | Pennsylvania Department of Revenue, Department 280946, Harrisburg, PA 17128-0946 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Aug 28, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com |
| Jana S. Pail | on behalf of Debtor James F. Thomas  II jpail@raineslaw.com, llescallette@raineslaw.com;rwetzel@raineslaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Clairton City School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jill Manuel-Coughlin | on behalf of Creditor BANK OF AMERICA  N.A. bankruptcy@powerskirn.com |
| John M Quain, Jr | on behalf of Interested Party ECMC jquain@barley.com  jfrench@barley.com |
| Karina Velter | on behalf of Creditor BANK OF AMERICA  N.A. karina.velter@powerskirn.com, Kaitlyn.Pemper@powerskirn.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9