IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| James F. Thomas, II, | ) Case No: 23-21947 JAD |
| | ) |
| Debtor. | ) Chapter 13 |
| | ) |
| RAINES FELDMAN LITTRELL, LLP | ) |
| | ) Related to Doc. Nos. 78 & 79 |
| Applicant | ) |
| | ) |
| v. | ) |
| | ) |
| Allegheny County Treasurer, Bank of American, Bank of America, N.A., City of Clarion, Clairton City School District, Clairton School District, Department of Education/Navient, ECMC, Internal Revenue Service, Jefferson Hospital, Keystone Collections Group, KML Law Group, PA Municipal Service Co., Pennsylvania Department of Revenue, and Ronda J. Winnecour, Trustee, | ) |
| | ) |
| Respondents. | ) |

## CERTIFICATE OF NO OBJECTION REGARDING APPLICATION FOR COMPENSATION BY COUNSEL FOR DEBTOR

  The undersigned hereby certifies that, as of this date, no answer, objection or other responsive pleading to the Application for Compensation by Counsel for Debtor has been filed. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Order Scheduling Dates for Response and Hearing on Motion, objections were to be filed and served no later than September 2, 2025.

  It is hereby requested that the Order attached to the Application for Compensation by Counsel for Debtor be entered.

Respectfully Submitted:

Dated: September 3, 2025

/s/ Jana S. Pail_____

10608804.1

Jana S. Pail, Esquire (PA ID 88910)
Raines Feldman Littrell LLP
11 Stanwix Street, Suite 1100
Pittsburgh, PA 15222
jpail@raineslaw.com
412-899-6493

*Counsel to James Thomas*

10608804.1