**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTIST OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>James F. Thomas, II,<br><br>        Debtor<br>_____<br><br>Raines Feldman Littrell LLP<br><br>        Applicant<br><br>        vs.<br><br>Allegheny County Treasurer, Bank of American, Bank of America, N.A., City of Clarion, Clairton City School District, Clairton School District, Department of Education/Navient, ECMC, Internal Revenue Service, Jefferson Hospital, Keystone Collections Group, KML Law Group, PA Municipal Service Co., Pennsylvania Department of Revenue, and Ronda J. Winnecour, Trustee,<br><br>        Respondents. | Case Number 23-21947 JAD<br><br>Chapter 13<br><br>Docket No. __78__<br><br>Related to Doc. No.<br><br>FILED<br>9/17/25 4:00 pm<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

## ORDER OF COURT

AND NOW, to-wit this __17th__ day of __September_____, 2025 after consideration of the Application for Interim Compensation by Counsel for Debtors it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Application for Interim Compensation is approved in the additional amount of $1,660.00 (after application of discount) for work performed and fees incurred in the Chapter 13 case by Debtor's counsel from July 25, 2024 through August 14, 2025.

2.

      4.      The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan.

      5.      The clerk shall record the total compensation as $1,660.00 and costs as $0.00.

_____
Honorable Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-21947-JAD |
| James F. Thomas, II | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 17, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2025:**

**Recip ID        Recipient Name and Address**
db              + James F. Thomas, II, 1048 Scenic Drive, Coal Center, PA 15423-1157

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2025                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2025 at the address(es) listed below:

**Name**                **Email Address**

Denise Carlon
                        on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com

Jana S. Pail
                        on behalf of Debtor James F. Thomas II jana@paillaw.com, llescallette@raineslaw.com;rwetzel@raineslaw.com

Jeffrey R. Hunt
                        on behalf of Creditor Clairton City School District jhunt@grblaw.com

Jeffrey R. Hunt
                        on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jill Manuel-Coughlin
                        on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com

John M Quain, Jr
                        on behalf of Interested Party ECMC jquain@barley.com jfrench@barley.com

District/off: 0315-2      User: auto      Page 2 of 2

Date Rcvd: Sep 17, 2025      Form ID: pdf900      Total Noticed: 1

Karina Velter
    on behalf of Creditor BANK OF AMERICA N.A. karina.velter@powerskirn.com, Kaitlyn.Pemper@powerskirn.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9